ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Siemens Government Technologies, Inc. | ) ASBCA No. 63718 |
| | ) |
| Under Contract No. DE-AM36-09GO29041 | ) |
| T.O. N39430-19-F-9909 | ) |

APPEARANCE FOR THE APPELLANT:      Robert J. Sander, Esq.
     The Sander Group, PLLC
     Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
     Jacquelyn K. Wright, Esq.
     David M. Ruddy, Esq.
     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 5, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63718, Appeal of Siemens Government Technologies, Inc., rendered in conformance with the Board's Charter.

Dated: August 6, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals